```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JEFFREY SOLOMON K. CHIJIOKE-UCHE   :   CIVIL ACTION
                                   :   NO. 19-4006
         Plaintiff,                :
                                   :
    v.                             :
                                   :
EQUIFAX INFORMATION SERVICES, LLC, :
et al.                             :
                                   :
         Defendants.               :
```

## **O R D E R**

**AND NOW,** this **20th** day of **May, 2021**, after considering Defendants' motions for summary judgment and the parties' responses, replies, and sur-replies thereto, it is hereby **ORDERED**, for the reasons set forth in the accompanying memorandum, that:

1. The Motions for Summary Judgment filed by Experian Information Solutions, Inc. (ECF No. 59), Equifax Information Services, LLC (ECF No. 60), and Trans Union LLC (ECF No. 61) are **GRANTED**. Accordingly, Experian, Equifax, and Trans Union are **DISMISSED** from this action.

2. The Motion for Summary Judgment filed by AmeriCredit Financial Services, Inc. d/b/a GM Financial (ECF No. 58) is **GRANTED in part and DENIED in part,** as

follows: the motion is **GRANTED** with respect to the MVSFA claim and **DENIED** as to the FCRA claim.

3. The Motion for Leave to File a Reply Brief filed by AmeriCredit Financial Services, Inc. d/b/a GM Financial (ECF No. 74) is **GRANTED.**

4. An order fixing pretrial deadlines for the remaining parties will issue.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**